**Reversed and Remanded and Memorandum Opinion filed June 18, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00147-CV

## IN THE MATTER OF THE MARRIAGE OF LATHEINA MONIQUE GONZALEZ AND NAZIM ANSARI

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2017-30114**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 1, 2019. On May 29, 2019, appellant filed an unopposed motion to reverse and remand pursuant to the parties' mediated settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

Accordingly, we set aside the trial court's judgment signed February 1, 2019, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.